AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

**FILED IN CLERK'S OFFICE**
**U.S.D.C. Atlanta**

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

APR 0 8 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Edaz Redden | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 15-CV-10819 |
| Jay Wayne Jenkins | ) |
| *Defendant* | ) 1:19-MI-0055 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 08/04/2016.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 03/25/2019

CLERK OF COURT

Erin Casur

*Signature of Clerk or Deputy Clerk*

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF**:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on  MAR 2 5 2019  .

THOMAS G. BRUTON, CLERK

By: *[signature]*
Deputy Clerk

Rev. 08/22/2016

ILND 450 (Rev. 10/13) Case 1:15-cv-10819 Document #: 21 Filed: 08/04/16 Page 1 of 1 PageID #:124

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Edaz Redden,

Plaintiff(s),

v.

Jay Wayne Jenkins,

Defendant(s).

Case No.  15-cv-10819
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Edaz Redden
and against defendant(s) Jay Wayne Jenkins
in the amount of $111,347.29 ,

which ☐ includes      pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion default judgment.

Date:  8/4/2016                                        Thomas G. Bruton, Clerk of Court

                                                       Rhonda Johnson, Deputy Clerk

Case 1:19-mi-00055-UNA   Document 1   Filed 04/08/19   Page 4 of 4